### LOWE v. STATE.
### No. 15868.

Court of Criminal Appeals of Texas.
Feb. 8, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of cattle, punishment being assessed at two years in the penitentiary.

We observe no irregularity in the proceedings as disclosed by the record before us. No statement of facts or bills of exception are brought forward. In this condition nothing is presented for review.

The judgment is affirmed.

### COGBURN v. STATE.
### No. 15774.

Court of Criminal Appeals of Texas.
Feb. 8, 1933.

B. F. Reynolds and Jeff A. Fowler, both of Throckmorton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile on a public highway while intoxicated; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.